THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ronald David
 Satterfield, Appellant.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2009-UP-036
Submitted December 1, 2008  Filed January
 15, 2009
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: 
 Ronald Satterfield appeals his guilty plea to trafficking methamphetamine in
 excess of ten grams.  On
 appeal, Satterfield argues that his guilty plea failed to comply with Boykin
 v. Alabama, 395 U.S. 238 (1969), because the judge did not adequately
 inform Satterfield of his right to confront the States witnesses against him. 
 After a thorough review of the record pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Satterfields appeal and grant counsels motion to be
 relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.